# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FEDERAL DEPOSIT INSURANCE CORPORATION,

    Plaintiff,

v.

ADAMS FAMILY 1993 TRUST, *et al*.,

    Defendants.

Case No. 2:11-CV-00265-KJD -CWH

**ORDER**

    Before the Court is the (#20) Motion to Substitute Estate of Wesley D. Adams for Defendant Wesley D. Adams (Deceased) of Plaintiff Federal Deposit Insurance Corporation. No opposition has been filed.

    On June 7, 2011, Defendants' counsel filed a Suggestion of Death (#19) for its client Wesley D. Adams. Plaintiff moves Pursuant to Fed. R. Civ. P 25 that the Estate of Wesley D. Adams, representative Elizabeth D. Adams, be substituted.

    **IT IS HEREBY ORDERED** that Plaintiff's Motion (#20) is GRANTED.

    **IT IS FURTHER ORDERED** that and the Estate of Wesley D. Adams, representative Elizabeth D. Adams is substituted for Defendant Wesley D. Adams.

    DATED this 30th day of August 2011.

_____
Kent J. Dawson
United States District Judge