```
 1  Joseph S. Kistler (3458)
    Richard L. Wade (11879)
 2  HUTCHISON & STEFFEN, LLC
    Peccole Professional Park
 3  10080 West Alta Drive, Suite 200
    Las Vegas, NV 89145
 4  Tel:   (702) 385-2500
    Fax:   (702) 385-2086
 5  Email: jkistler@hutchlegal.com
           rwade@hutchlegal.com
 6
    Attorneys for Plaintiff
 7
```

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for AmTrust Bank,<br><br>Plaintiff,<br><br>vs.<br><br>ADAMS FAMILY 1993 TRUST, an entity of unknown origin; WESTERN STATES RANCHES OF NEVADA, LLC, a Nevada limited liability company; LOGANDALE COMMERCIAL PARTNERS, LLC, a Nevada limited liability company; JONAH LLC, a Nevada limited liability company; and THE ESTATE OF WESLEY D. ADAMS, an individual,<br><br>Defendants. | Case No.: 2:11-cv-00265KJD-CWH<br><br>**STIPULATION AND ORDER THAT JUDGMENT BE ENTERED AGAINST DEFENDANTS ADAMS FAMILY 1993 TRUST; WESTERN STATES RANCHES OF NEVADA, LLC; LOGANDALE COMMERCIAL PARTNERS, LLC; AND THE ESTATE OF WESLEY D. ADAMS** |

Plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for AmTrust Bank, and Defendants ADAMS FAMILY 1993 TRUST; WESTERN STATES RANCHES OF NEVADA, LLC; LOGANDALE COMMERCIAL PARTNERS, LLC; and THE ESTATE OF WESLEY D. ADAMS (collectively the "Adams Defendants") hereby stipulate and agree that judgment be entered in favor of Plaintiff and against Defendants in the form of a declaration:

1. quieting title and declaring that Plaintiff, as receiver for AmTrust, is the fee simple absolute title owner of Parcel Two thereof; and

2. Declaring that the Adams Defendants do not have any interest or adverse claim in Parcel Two.

The parties likewise stipulate to cooperate in efforts to have Parcel One and Parcel Two legally subdivided from the remainder of A.P.N. 041-27-701-003. This judgment is entered into pursuant to the execution of the settlement between the parties. The settlement agreement is attached as Exhibit "1."

DATED this 5th day of April, 2013.

| HUTCHISON & STEFFEN, LLC | SHUMWAY, VAN & HANSEN |
|---|---|
| /s/ Joseph S. Kistler | /s/ Michael C. Van |
| Joseph S. Kistler | Michael C. Van, Esq. |
| Richard L. Wade | Robert Ryan, Esq. |
| Peccole Professional Park | 8985 S. Eastern Ave., Suite 100 |
| 10080 West Alta Drive, Suite 200 | Las Vegas, NV 89123 |
| Las Vegas, Nevada 89145 | *Attorney for Defendants* |
| *Attorneys for Plaintiff* | |

- 2 -

**ORDER**

Based upon the foregoing stipulation, IT IS HEREBY ORDERED that:

1. Plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for AmTrust Bank, is the fee simple absolute title owner of Parcel Two;

2. Defendants ADAMS FAMILY 1993 TRUST; WESTERN STATES RANCHES OF NEVADA, LLC; LOGANDALE COMMERCIAL PARTNERS, LLC; and THE ESTATE OF WESLEY D. ADAMS do not have any interest or adverse claim in Parcel Two; and

3. Defendants ADAMS FAMILY 1993 TRUST; WESTERN STATES RANCHES OF NEVADA, LLC; LOGANDALE COMMERCIAL PARTNERS, LLC; and THE ESTATE OF WESLEY D. ADAMS must cooperate in efforts to have Parcel One and Parcel Two legally subdivided from the remainder of A.P.N. 041-27-701-003 pursuant to the Nevada Subdivision Map Act, NRS Chapter 278.

DATED this 12th day of April, 2012.

_____
UNITED STATES DISTRICT COURT
JUDGE / MAGISTRATE

Submitted by:
HUTCHISON & STEFFEN, LLC

_____
Joseph S. Kistler
Richard L. Wade
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
*Attorneys for Plaintiff*