Joseph S. Kistler (3458)
Richard L. Wade (11879)
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:   (702) 385-2500
Fax:   (702) 385-2086
Email: jkistler@hutchlegal.com
       rwade@hutchlegal.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for AmTrust Bank, <br><br> Plaintiff, <br><br> vs. <br><br> ADAMS FAMILY 1993 TRUST, an entity of unknown origin; WESTERN STATES RANCHES OF NEVADA, LLC, a Nevada limited liability company; LOGANDALE COMMERCIAL PARTNERS, LLC, a Nevada limited liability company; JONAH LLC, a Nevada limited liability company; and WESLEY D. ADAMS, an individual, <br><br> Defendants. | Case No.: 2:11-cv-00265KJD-LRL <br><br> **(PROPOSED)** <br> **DEFAULT JUDGMENT AGAINST JONAH, LLC** |

The Court having heard Plaintiff Federal Deposit Insurance Corporation's ("FDIC") motion for default judgment in favor of the FDIC and against defendant Jonah LLC ("Jonah") in chambers, GOOD CAUSE APPEARING:

IT IS ORDERED THAT Jonah LLC has no interest in Clark County APN 041-27-701-003 described as

THAT PORTION OF THE EAST HALF (E1/2) OF SECTION 27, TOWNSHIP 15 SOUTH, RANGE 67 EAST, M.D.B.&M., CLARK COUNTY, NEVADA, DESCRIBED AS FOLLOWS:

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18

   LOT TWO (2) AS SHOWN BY MAP THEREOF IN FILE 90 OF PARCEL MAPS, PAGE 34, IN THE OFFICE OF THE COUNTY RECORDER, CLARK COUNTY, NEVADA.

   EXCEPTING THEREFROM A PORTION OF LOT 2 AS SHOWN IN FILE 90, PAGE 34 OF PARCEL MAPS ON FILE AT THE CLARK COUNTY, NEVADA RECORDER'S OFFICE, LYING WITHIN THE SOUTHWEST QUARTER (SW1/4) OF SECTION 27, TOWNSHIP 15 SOUTH, RANGE 67 EAST, M.D.M., CLARK COUNTY, NEVADA DESCRIBED AS FOLLOWS:

   BEGINNING AT THE SOUTHWEST CORDER OF SAID LOT 2, BEING A POINT ON THE EASTERLY RIGHT-OF-WAY OF MOAPA VALLEY BOULEVARD (NEVADA STATE HIGHWAY 12); THENCE ALONG SAID EASTERLY RIGHT-OF-WAY AND THE WESTERLY BOUNDARY OF SAID LOT 2 AND THE FOLLOWING TWO (2) COURSES: 1) NORTH 2 14' 56" FEET; 2) NORTH 1 21' 02" WEST, 1005.55 FEET; THENCE DEPARTING SAID EASTERLY RIGHT-OF-WAY AND WESTERLY BOUNDARY NORTH 89 09' 33" EAST, 590.02 FEET; THENCE SOUTH 29 26' 26" EAST, 723.08 FEET; THENCE NORTH 89 00' 48" EAST 1677.46 FEET TO THE WESTERLY RIGHT-OF-WAY OF LYMAN STREET AND THE EASTERLY BOUNDARY OF SAID LOT 2; THENCE ALONG SAID WESTERLY RIGHT-OF-WAY AND EASTERLY BOUNDARY OF SAID LOT 2, SOUTH 01 11' 19" EAST, 241.73 FEET; THENCE SOUTH 01 11' 20" EAST, 1229.04 FEET TO THE BEGINNING OF A CURVE, CONCAVE TO THE NORTHWEST, HAVING A RADIUS OF 54.00 FEET; THENCE SOUTHWESTERLY ALONG SAID CURVE, THROUGH A CENTRAL ANGLE OF 90 20' 02", AN ARC LENGTH OF 85.14 FEET TO THE NORTHERLY RIGHT-OF-WAY OF GUBLER AVENUE AND THE SOUTHERLY BOUNDARY OF SAID LOT 2; THENCE ALONG SAID NORTHERLY RIGHT-OF-WAY AND SOUTHERLY BOUNDARY SOUTH 89 08' 42" WEST, 599.74 FEET TO THE SOUTHEASTERLY CORNER OF SAID LOT 1 AS SHOWN ON SAID PARCEL MAP; THENCE ALONG THE EASTERLY BOUNDARY OF SAID LOT 1, NORTH 33 50' 38" WEST, 756.93 FEET TO THE NORTHERLY BOUNDARY OF SAID LOT 1; THENCE ALONG SAID NORTHERLY BOUNDARY SOUTH 88 23' 10" WEST, 1534.53 FEET TO THE POINT OF BEGINNING.

19
20
21
22
23
24
25
26
27
28

("Parcel Two").

///

///

///

IT IS FURTHER ORDERED THAT Jonah LLC shall provide a survey of Parcel Two, and prepare and record a parcel map containing Parcel Two pursuant to the Nevada Subdivision Map Act, NRS Chapter 278, and to obtain all necessary government approvals, to the extent possible.

DATED this 29th day of April, 2013.

_____
DISTRICT COURT JUDGE

Submitted by:
HUTCHISON & STEFFEN, LLC

Joseph S. Kistler (3458)
Richard L. Wade (11879)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:   (702) 385-2500
Fax:   (702) 385-2086
Email:    jkistler@hutchlegal.com
          rwade@hutchlegal.com

*Attorneys for Plaintiff*